United States Bankruptcy Court       FILED

2019 OCT 10  PM 12:12

In re  Scott Syzak,
                    Debtor,

MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Case No.

Chapter 7

<u>Debtor's Mailing Matrix of Creditors</u>

Daniel A. Damman
516 McMorran Blvd
Port Huron, Mi  48060

Edward G. Marshall
400 Quay St
Port Huron, Mi  48060

U.S. District Court, Eastern District
231 W. Lafayette Blvd
Detroit, Mi  48226

Michigan Dept of Michigan
Prisoner Accounting Dept
4000 Cooper Street
Jackson, Mi  49201

Respectfully submitted,

Debtor: Scott Syzak