Form DEF7 (03/19)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Scott Syzak**<br>1342 W. Main St.<br>Michigan Reformatory<br>Ionia, MI 48846<br>SSN: xxx–xx–2426<br><br>**Debtor** | **Case Number 19–04299–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

# NOTICE OF FILING(S) DUE

A petition was filed in the above−referenced case on 10/10/19 . Please be advised that the following list of documents have not been filed with the petition and must be filed in the immediate future.

    Certification of Credit Counseling due 10/24/2019.
    Asset Protection Report due 10/24/2019.
    Verification of Matrix due 10/24/2019.

Local Rule 5005−2(f) of this Court requires that certain documents be filed simultaneously with the petition commencing a bankruptcy case. Pursuant to said Local Rule, if the defect is not corrected by the filing of the missing papers within 14 days of service of the Notice of Filings Due, the case may be dismissed without further notice to the debtor or any interested parties. Please note that all documents must be signed or accompanied by sworn declaration.



Michelle M. Wilson
Clerk of Court

**Dated:** October 10, 2019