```
                        United States Bankruptcy Court
                         Western District of Michigan
```

In re:                                                          Case No. 19-04299-jwb
Scott Syzak                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1           User: jonesl              Page 1 of 1                  Date Rcvd: Oct 15, 2019
                               Form ID: pdf014           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.
db             +Scott Syzak,    1342 W. Main St.,    Michigan Reformatory,    Ionia, MI 48846-1958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 15 2019 23:31:24      United States Trustee,
                 The Ledyard Building, 2nd Floor,    125 Ottawa Avenue NW, Suite 200R,
                 Grand Rapids, MI 49503-2837
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:
              Lisa E. Gocha    lgchapter7@yahoo.com,    lg@trustesolutions.com;lg@trustesolutions.net
                                                                                              TOTAL: 1

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:                                                                  Case No. BG 19-04299
                                                                        Chapter 7
SCOTT SYZAK,

    Debtor.
_____/

ORDER GRANTING DEBTOR AN EXTENSION
TO OBTAIN PRE-PETITION CREDIT COUNSELING
UNDER 11 U.S.C. § 109(h)(1)

PRESENT:   HON. JAMES W. BOYD
           United States Bankruptcy Judge

On October 10, 2019, in this Chapter 7 case, Scott Syzak, "Debtor," certified on Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement that he was unable to obtain the credit counseling requirement of 11 U.S.C. § 109(h) due to exigent circumstances. Debtor also filed with the court a letter indicating ". . . I still need to have credit counseling . . . So Id [sic] like to do what I must to get a certificate of completion for filing Chapter 7 bankruptcy." The court has reviewed the certification and Debtor's letter and finds that it is proper to enter this order.

NOW THEREFORE, IT IS HEREBY ORDERED that the credit counseling requirement required pursuant to 109(h)(1) shall be received no later than 30 days after the petition date of October 30, 2019, absent further court order for cause pursuant to 109(h)(3)(b).

NOTICE IS HEREBY GIVEN that attached to this Order is a list of approved credit counseling agencies that the Debtor may contact in order to receive his credit counseling.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtor; Chapter 7 Trustee; and the Office of the United States Trustee.

END OF ORDER

**IT IS SO ORDERED.**

**Dated October 15, 2019**



James W. Boyd
United States Bankruptcy Judge