```
                          United States Bankruptcy Court
                           Western District of Michigan
In re:                                                       Case No. 19-04299-jwb
Scott Syzak                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: jonesl              Page 1 of 1              Date Rcvd: Oct 15, 2019
                              Form ID: pdf014           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.
db             +Scott Syzak,    1342 W. Main St.,    Michigan Reformatory,    Ionia, MI 48846-1958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov Oct 15 2019 23:31:24     United States Trustee,
                 Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
                 Grand Rapids, MI 49503-2837
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:
              Lisa E. Gocha    lgchapter7@yahoo.com,    lg@trustesolutions.com;lg@trustesolutions.net
                                                                                              TOTAL: 1

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:                                                                  Case No. BG 19-04299
                                                                        Chapter 7
SCOTT SYZAK,

      Debtor.
_____/

### ORDER DENYING DEBTOR'S PETITION FOR HARDSHIP DISCHARGE AND ORDER CONFIRMING AUTOMATIC STAY IS IN EFFECT

PRESENT:   HON. JAMES W. BOYD
                       United States Bankruptcy Judge

On October 10, 2019, in this Chapter 7 case, Scott Syzak, "Debtor," filed a letter with the court that requests ". . . this court grant a hardship discharge of all debt described in his chapter 7 bankruptcy petition" and ". . . seeks a court order stay from all creditors while this bankruptcy proceeding is pending." ("Letter" at Dkt. No. 7). The court has reviewed Debtor's Letter and finds that it is proper to enter this order.

NOW THEREFORE, IT IS HEREBY ORDERED that Debtor's request for a hardship discharge be, and hereby is, DENIED for the reason Debtor filed a Chapter 7 petition and a "hardship discharge" is not available for Chapter 7 debtors.

IT IS FURTHER ORDERED that the automatic stay under 11 U.S.C. § 362 is in effect as of October 10, 2019. If Debtor believes any creditor has violated the automatic stay, Debtor may take any action he deems appropriate under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtor; Chapter 7 Trustee; and the Office of the United States Trustee.

END OF ORDER

**IT IS SO ORDERED.**

**Dated October 15, 2019**



James W. Boyd
United States Bankruptcy Judge