United States Bankruptcy Court
FILED

2019 NOV 21   AM 10: 18

Scott Sypak 215189
Mich Reformatory
1342 N. Main St
Ionia, Mi 48846

MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Case No 19-04299-JWB

SS: 2426

Re: Continued collections,
violation of Bankruptcy
Code 362.

Honorable Judge Boyd,

Your Honor creditors continue to remove monies from my account.

On 11-15-19 money was placed into my account and then immediately remove. This is the 3rd time since this court issued and served a Notice of Bankruptcy to MDOC Accounting Dept.

This action violates Federal Rules of Bankruptcy. Accounting continues to disregard those rules

This letter is further support of a court order for accounting to cease collections until the conclusion of this Bankruptcy proceeding. Thank you.

cc MDOC Accounting Dept.
    file
    U.S. Bankruptcy Court

Respectfully Submitted
Scott Sypak
11-18-19

United States Bankruptcy Court
FILED

2019 NOV 21  AM 10: 18

MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Clerk of the Court

CASE NO  19-04299-SWB

SS:        2426

I filed a petition for a court order on Oct 24. 2019. this was now 25 days ago.
Creditor continue collection even after the letter issued by this Court (you).
Is this NORMAL? to wait this long for a Court order.
Thank you for your time.

Respectfully,
Scott Syzak
11-18-19

Scott Syzak 215189
1342 Main St
Ionia, Mi   48846