United States Bankruptcy Court

FILED
2019 NOV 27 AM 10: 20
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST OF MICHIGAN

Case  19-04299-JWB
SS#  2426

Clerk of the Court,

Ms. Wilson this is my first time filing for bankruptcy. I am not seeking legal advise.

On Oct 10, 2019 you sent Offical form 309 A to MDOC Accounting Dept at 4000 Cooper Street Jackson, MI 49201. This Notice has important information about the case for creditors. In part, the filing of the case imposed an Automatic Stay against collection, creditors cannot, or otherwise try to collect from the debtor.

Ms Wilson the Accounting Dept has completely disregarded this notice and has over the last 30 days garnished and/or otherwise collected and removed Money from my account.

I filed a petition for a court order 4 weeks ago is it normal for a court order to take this amount of time? The action being taken by Accounting Dept violates federal Rules of Bankruptcy. I assume it should be ordered to stop as soon as possible. What is the status of the Petition for a court order?

Thank you for your valuable time.

Respectfully
Scott Syzak

cc file