# United States Bankruptcy Court
Western District of Michigan
1 Division Avenue N., Room 200
Grand Rapids, Michigan 49503

**Michelle M. Wilson**
**Clerk of Court**
(616) 456-2693 - Telephone
(616) 456-2917 - Fax

December 3, 2019

Mr. Scott Syzak
Michigan Reformatory
1342 W. Main Street
Ionia, Michigan 48846

        Re:    Scott Syzak, Debtor
                Case No. 19-04299

Dear Mr. Syzak:

    The United States Bankruptcy Court for the Western District of Michigan is in receipt of your letter filed November 27, 2019, directed to my attention, concerning the status of the Petition for a Court Order Re: Continuation of Stay Pursuant to Section 362. Said Petition was filed with the Court on October 28, 2019.

    Please be advised that a hearing has been scheduled for Thursday, December 19, 2019, at 9:00 AM before The Honorable James W. Boyd to consider and act upon the Petition for a Court Order. In case you have not received the Notice of Hearing concerning this matter, I am enclosing a copy for your review.

    The Court cannot provide legal advice to you. It may be advisable for you to consult with an attorney who has experience with bankruptcy proceedings to assist you in this matter.

                              Very truly yours,

                              *Michelle M. Wilson*

                              Michelle M. Wilson, Clerk
                              United States Bankruptcy Court