United States Bankruptcy Court

**FILED**
2019 DEC -6 AM 10:14
MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

Case: 19-04299-JWB
SS: 2426

Court,

On 11-22-19 creditors removed money from this debtors account this is now the 9th time that creditors continue to collect on the debtor debt. This is also the 9th time money was collected AFTER notice was sent to creditors by the Clerk of the Court on Oct 10, 2019

This debtor filed a petition for a court order and has yet to receive a ruling on that petition.

This court should now be aware that creditors will not follow instruction on the notice sent by Ms Wilson (court clerk) unless this court issues a court order to cease collections until the conclusion of this proceeding.

The debtor pleads with this court to issue a ruling on the petition before this Honorable court

Respectfully Submitted
Scott Suppk

12-2-19

cc
File